```
 1  Martha G. Bronitsky
    Chapter 13 Standing Trustee
 2  6140 Stoneridge Mall Rd #250
    Pleasanton,CA 94588-4588
 3  (925) 621- 1900

 4  Trustee for Debtor(s)
```

Entered on Docket
February 12, 2014
EDWARD J. EMMONS, ACTING CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 12, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Gary Lynn Pope<br>Neorma Diana Pope | 08-46785-MEH13 |
| | In Proceedings Under<br>Chapter 13 of the |
| Debtor(s) | Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE
AND FINAL DECREE**

The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered,

IT IS ORDERED AS FOLLOWS:

The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved, she is discharged as Trustee after having fully performed her duties, and her bond is cancelled.

END OF ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |

Gary Lynn Pope
Neorma Diana Pope
2494 Cove Pl
Discovery Bay, CA 94505

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland, CA 94612

(Counsel for Debtor)